# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ALTON D. BROWN, | : | No. 125 MAP 2016 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at 318 MD 2015, |
| | : | dated September 9, 2016. |
| v. | : | |
| | : | |
| | : | |
| JOHN E. WETZEL, | : | |
| | : | |
| Appellee | : | |

## <u>ORDER</u>

**PER CURIAM**                                     **DECIDED: January 18, 2018**

      **AND NOW,** this 18th day of January, 2018, the Order of the Commonwealth is **AFFIRMED**.

Justice Wecht files a dissenting statement in which Justices Donohue and Dougherty join.